UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GLENDALE CEMETERY ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>TERESA B. TERSEY, *et al.*,<br><br>Defendants. | Civ. No. 14-2343 (CCC-MF)<br><br>**ORDER** |

**THIS MATTER** having come before the Court by way of the motion of Plaintiff Glendale Cemetery Association ("Plaintiff") for default judgment against Defendant Teresa B. Tersey ("Defendant"),[1] pursuant to Federal Rule of Civil Procedure 55(b)(2) (ECF No. 3); and the Court having considered Plaintiff's submission; and for good cause shown;

**IT IS** on this 29 day of January, 2015,

**ORDERED THAT:**

1. Within fifteen (15) days of the date of this Order, Plaintiff shall submit supplemental briefing, along with appropriate accompanying documentation and/or affidavits, detailing what, if any, damages and/or costs Plaintiff seeks in its motion for default judgment.

2. In light of the Court's foregoing request for supplemental submissions, Plaintiff's motion for default judgment (ECF No. 3) is hereby administratively terminated to allow

---

[1] The remaining Defendants are John Doe and ABC Corp. defendants, against whom default judgment is inappropriate. See Flythe v. Solomon & Strauss, LLC, No. 09-6120, 2011 WL 2314391, at *1 (D.N.J. June 8, 2011); Checkpoint Systems, Inc. v. Castleton Enters., Inc., No. 10-128, 2010 WL 1742104, at *2 (N.D. Ohio Apr. 29, 2010).

the Court to consider the Plaintiff's forthcoming supplemental submissions, and will be deemed reinstated upon the submission of the requested documents.

_____
CLAIRE C. CECCHI, U.S.D.J.